TXND FO E(AO 247)2014 Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Robert Earl Boren | ) Case No: 3:02-CR-245-L (02) |
| | ) USM No: 21328-077 |
| Date of Original Judgment: July 18, 2003 | ) |
| Date of Previous Amended Judgment or Last Order Reducing Sentence: _____ | ) Barbara L. Moore (at the time of sentencing) |
| | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] **DENIED.** [✓] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __300 months__ months **is reduced to** __235 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS:**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 17 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Except as otherwise provided, all provisions of the judgment dated __7/18/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __February 17, 2016__

*Judge's signature*

Effective Date: __February 17, 2016__
*(November 1, 2015 or later)*

Sam A. Lindsay, United States District Judge
*Printed name and title*