U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JUN 2 1 2017

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | In the matter of Case No.  3:02-CR-245-H |
| Plaintiff, | ) | **MOTION TO REDUCE THE TERM OF** |
| | ) | **IMPRISONMENT PURSUANT TO 18 U.S.C.,** |
| vs. | ) | subsection 3582 (c) (2) |
| | ) | |
| TOMMY BROWNING, | ) | |
| Defendant. | ) | |

## MOTION TO REDUCE THE TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C., Subsection 3582 (c) (2)

Comes now, Tommy Browning, pro se, hereinafter Defendant, and moves this Court to reduce Defendant's term of imprisonment pursuant to 18 U.S.C. 3582 (c) (2), in accordance with Amendment 782 which became effective for retroactive application on July 18, 2014.

Defendant has no legal training in matters of law, and therefore asks this motion be construed in light of **Haines v. Kerner**,  409 U.S. 519, (1972), wherein it was decided that a pro se litigant's brief would not be held to the stringent standards of a licensed attorney.

In support of this motion thereof, Defendant offers the following: Defendant was arrested on August 21, 2002 by federal authorities and charged with conspiracy to manufacture and possess with intent to distribute a controlled substance in violation of 21 U.S.C., subsection 846. Defendant entered into a plea agreement in October of 2002.

(1)

Defendant was sentenced to a term of imprisonment of 210 months in July of 2003, which was the low end of the Sentencing Guideline range. In light of **Amendment 782,** Defendant respectfully requests that his Base Offense level be recalculated, and that his term of imprisonment be reduced accordingly.

In support of this request, Defendant alludes to the **Commentary Application Note 1(B) iii,** wherein it is stated that the Court may consider **post-sentencing conduct** of the Defendant that occurred after imposition of the original term of imprisonment in determining the Defendant's reduction of term of imprisonment. In light thereof, Defendant offers that he has demonstrated exceptional conduct during his fifteen years of incarceration.

During his incarceration, and since 2003, Defendant has both participated, and taught, and continues to teach self-development courses for the Education Department in order to help inmates improve their chances for successful re-entry into society. Defendant teaches the following courses:

- The Power of Positive Thinking
- How to Develop Self-Confidence
- A Guide to Confident Living
- Developing the Leader Within You
- Becoming A Person of Influence
- Leadership Gold
- A Winning Attitude
- Developing Leadership Quality;

And many more classes (**See Attachment A**, pages 1 and 2, highlighted in pink)

Defendant has also successfully completed six semesters of Theology classes which were provided through Christian Leadership University (**See Attachment A**, page 3, highlighted in green)

(2)

Defendant has successfully completed college-accredited courses in computer training, such as, "Introduction to Microsoft Office" and "Advanced Microsoft Office." (**See Attachment A**, page 3, highlighted in yellow).

**Further, defendant has maintained a perfect disciplinary record with zero incident reports.**

Wherefore, in light of the above and foregoing, defendant respectfully requests that his term of imprisonment be reduced by two levels in accordance with Amendment 782, as expressed herein.

### Declaration

Pursuant to Title 28 U.S.C.A., I, the undersigned, declare under the penalty of perjury that the foregoing is true and correct.

Signed: *Tommy Browning*
Tommy Browning

Respectfully submitted,

*Tommy Browning*
Tommy Browning

### Certificate of Service

This is to certify that the undersigned did file a true, correct, and complete copy of the foregoing **MOTION TO REDUCE THE TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C., subsection 3582 (c) (2)** with the Clerk of Court by having this motion mailed by first-class mail, postage pre-paid, and having it deposited at the U.S. Post Office at 500 SW South Avenue in Blue Springs, Missouri, on this _15th_ day of _June_, 2017.

cc: Suzanna Ettesom,
    Assistant U.S. Attorney
    1100 Commerce Street
    Dallas, Texas 75242

Signed: *Tommy Browning*
Tommy Browning

(3)

Department of Justice
## INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRAM REVIEW: 12-01-2015

**Missed:**     [Y,N]

**Judicial Recommendations:**     None. / RDAP. / None.

**Special Conditions of Supervision:**     Shall participate in substance abuse treatment and abstain from use of alcohol and drugs.

| USPO Sentencing: | Mitsi Westendorff, Chief Texas Northern Probation Office Earle Cabell Federal Building and United States Courthouse 1100 Commerce Street Room 1329 Dallas, TX 75242 | USPO Relocation: | [POC] [District] [Street Address/Suite] [City], [State] [Zip] |
|---|---|---|---|
| Phone/Fax: | 214-753-2500 / 214-753-2570 | Phone/Fax: | [Phone] / [Fax] |

**Subject to 18 U.S.C. 4042(B) Notification:**     Y
• Conviction for a drug trafficking crime (federal)

**DNA Required:**     Y - [Date]
**Treaty Transfer Case:**     [Y,N]

**Profile Comments:**

### EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| GRE | ESL HAS | ENGLISH PROFICIENT | 08-06-2003 | CURRENT |
| GRE | GED EARNED | GED EARNED IN BOP | 12-09-1987 | CURRENT |

### COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| STUDY OF THE SPANISH LANGUAGE | 01-13-2015 | 15 |
| A TOUGH MINDED OPTIMIST | 03-20-2015 | 20 |
| GUIDE TO CONFIDENT LIVING | 03-20-2015 | 16 |
| HOW TO WIN FRIENDS | 07-30-2014 | 20 |
| HOW TO STOP WORRYING SPANISH | 08-02-2014 | 20 |
| POWER OF POSITIVE THINKING PT2 | 08-26-2014 | 20 |
| POWER OF POSITIVE IMAGING | 08-26-2014 | 20 |
| DEVELOP SELF CONFIDENCE PT 2 | 08-26-2014 | 20 |
| GRAMMAR BASICS | 05-05-2014 | 20 |
| SPANISH POWER/POSITIVE THINKIN | 04-09-2014 | 20 |
| POWER OF POSITIVE THINKING | 04-09-2014 | 20 |
| DEVELOP SELF CONFIDENCE | 04-09-2014 | 20 |
| BE A PEOPLE PERSON LEVEL 2 | 11-13-2013 | 20 |
| BECOMING A PERSON OF INFLUENCE | 11-16-2013 | 20 |
| STUDY OF THE SPANISH LANGUAGE | 12-26-2013 | 20 |
| SPANISH LEADERSHIP GOLD LEVEL3 | 11-05-2013 | 20 |
| DEVELOPING THE LEADER WITHIN | 11-01-2013 | 20 |

Name: **BROWNING, TOMMY JAMES**                                    RegNo: **15614-077**

| | | |
|---|---|---|
| LEADERSHIP GOLD LEVEL 3 | 10-28-2013 | 20 |
| WINNING WITH PEOPLE LEVEL 3 | 10-28-2013 | 20 |
| BE A PEOPLE PERSON COURSE | 06-25-2013 | 20 |
| DEVELOPING THE LEADER WITHIN | 06-25-2013 | 20 |
| BECOMING A PERSON OF INFLUENCE | 06-23-2013 | 20 |
| WINNING WITH PEOPLE LEVEL 3 | 06-27-2013 | 20 |
| LEADERSHIP GOLD LEVEL 2 | 06-13-2013 | 20 |
| DEVELOPING THE LEADER WITHIN | 04-10-2013 | 16 |
| WINNING WITH PEOPLE LEVEL 3 | 04-09-2013 | 18 |
| LEADERSHIP GOLD | 04-09-2013 | 18 |
| 5 LEVEL LEADERSHIP 2 | 01-05-2013 | 10 |
| SPANISH LEADERSHIP GOLD LEVEL4 | 01-05-2013 | 9 |
| LEADERSHIP GOLD LEVEL 4 | 01-05-2013 | 10 |
| WINNING WITH PEOPLE LEVEL 2 | 01-04-2013 | 9 |
| BE A PEOPLE PERSON LEVEL 2 | 01-04-2013 | 10 |
| FITNESS/YOGA | 10-25-2012 | 2 |
| WINNING WITH PEOPLE LEVEL 3 | 09-27-2012 | 10 |
| BE A PEOPLE PERSON COURSE | 09-27-2012 | 10 |
| LEADERSHIP GOLD LEVEL 3 | 09-27-2012 | 10 |
| FIVE LEVELS OF LEADERSHIP | 09-26-2012 | 10 |
| LEADERSHIP GOLD LEVEL 2 | 07-03-2012 | 10 |
| SPANISH LEADERSHIP GOLD LEVEL2 | 07-03-2012 | 10 |
| BECOMING A PERSON OF INFLUENCE | 04-19-2012 | 10 |
| FIVE LEVELS OF LEADERSHIP | 04-19-2012 | 10 |
| SPANISH LEADERSHIP GOLD | 04-19-2012 | 8 |
| DEVELOPING THE LEADER WITHIN | 04-19-2012 | 10 |
| LEADERSHIP GOLD | 04-19-2012 | 10 |
| LEADERSHIP GOLD | 12-09-2011 | 20 |
| BE A PEOPLE PERSON | 12-12-2011 | 20 |
| COMPUTER LAB TYPING COURSE | 01-06-2012 | 7 |
| WINNING ATTITUDE | 07-18-2011 | 20 |
| 21 IRREFUTABLE LAWS OF LEADERS | 03-16-2011 | 20 |
| WELLNESS FOR CHRONIC CARE | 08-24-2011 | 35 |
| DEVELOPING LEADERSHIP QUALITY | 05-09-2011 | 22 |

Department of Justice
Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN

## PROGRAM REVIEW: 12-01-2015

| | | |
|---|---|---|
| DEVELOPING LEADERSHIP QUALITY | 03-16-2011 | 20 |
| BASIC KEYBOARDING | 12-30-2010 | 22 |
| RESOURCE CENTER ORIENTATION | 11-23-2010 | 2 |
| WELLNESS FOR CHRONIC CARE | 02-11-2010 | 35 |
| STUDY OF THE SPANISH LANGUAGE | 08-26-2009 | 16 |
| **MICROSOFT OFFICE ADVANCED** | 08-23-2007 | 200 |
| **MICROSOFT OFFICE INTRO.** | 03-23-2007 | 200 |
| REMEDIAL READING/LANG | 09-27-2006 | 28 |
| WELLNESS FOR CHRONIC CARE | 05-04-2006 | 36 |
| WELLNESS FOR CHRONIC CARE | 02-18-2006 | 13 |
| PM CALISTHENICS CLASS | 07-14-2005 | 38 |
| THEOLOGY 107 FM CLU | 04-18-2005 | 24 |
| SPEED READING COURSE | 12-18-2004 | 18 |
| THEOLOGY 106 FM CLU | 12-15-2004 | 40 |
| BASIC NUTRITION CLASS | 11-16-2004 | 1 |
| THEOLOGY 104 | 10-12-2004 | 42 |
| MEMORY METHODS- ACE | 09-15-2004 | 18 |
| COLLEGE THEOLOGY 3CLASS FM CLU | 07-14-2004 | 30 |
| SPEED READING COURSE | 06-12-2004 | 18 |
| CARDIOVASCULAR SYSTEM | 05-19-2004 | 2 |
| THEOLOGY 102 | 04-21-2004 | 40 |
| THEOLOGY 101 | 12-31-2003 | 40 |
| TYPING LAB LEVEL 2 | 12-31-2003 | 20 |
| TYPING LAB LEVEL 1 | 12-30-2003 | 10 |

**HIGH TEST SCORES**

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|
| Inmate has no score history items in this area | | | | | | |

**WORK DATA**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| GRE | UNIT ORD2A | HOUSING UNIT 2(A) ORDERLY | | CURRENT |

**WORK HISTORY**

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| | | | | |



U.S. POSTAGE
BLUE SPRINGS, MO
JUN 15 17
AMOUNT
**$7.29**
R2304E0707-09

75242

1000

CERTIFIED MAIL

7017 0660 0000 5560 7907

TOMMY BROWNING 13614-077/H2AR
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
GREENVILLE, IL 62246

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED

RECEIVED
JUN 17 2017
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL MAIL

Clerk of the Court
Northern District of Texas
Dallas Division
1452 Earle Cabell Fed. Bldg.
1100 Commerce Street
Dallas, Texas
75242-1003