|  | Case Number (Trans. Court)<br>3:02-CR-00245-L(01) |
|---|---|
| **Transfer of Jurisdiction** | Case Number (Rec. Court) |

| Name Of Probationer/Supervised Releasee<br>Tommy James Browning | District<br>Northern District of Texas | Division<br>Dallas |
|---|---|---|
| | Name of Sentencing Judge<br>Senior U.S. District Judge Barefoot Sanders; (Case reassigned to U.S. District Judge Sam A. Lindsay on January 31, 2011) ||
| | Dates Of Probation/<br>Supervised Release | From<br>November 20, 2017 | To<br>November 19, 2022 |

Offense
Conspiracy To Distribute Controlled Substance, in violation of 21 U.S.C. § 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas, Dallas Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of Oklahoma, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_6/15/18_  _Sam A. Lindsay_
Date        U.S. District Judge Sam A. Lindsay

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of Oklahoma**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6/29/18_  _[signature]_
Effective Date   U.S. District Judge