UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

# Report on Person Under Supervision - Court Decision Requested

| | |
|---|---|
| Name of Offender: | Robert Earl Boren    Case No.: 3:02-CR-00245-H(02) |
| Name of Sentencing Judge: | Senior U.S. District Judge Barefoot Sanders (case reassigned to U.S. District Judge Sam A. Lindsay on January 31, 2011 |
| Date of Original Sentence: | July 17, 2003 |
| Original Offense: | Conspiracy to Manufacture Possess with Intent to Distribute and to Distribute a Controlled Substance, 21 USC §846, Class A felony |
| Original Sentence: | 300 months custody, 5-year term of supervised release<br>February 17, 2016: Sentence of imprisonment reduced to 235 months |
| Revocations: | None |
| Type of Supervision: | Supervised Release    Date Supervision Commenced: July 19, 2019 |
| Assistant U.S. Attorney: | Suzanne Ettesam    Defense Attorney: Barbara Lorraine Moore<br>(Retained) |

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

Robert Boren began his term of supervised release in the Northern District of Texas, Dallas Division, on June 19, 2019. Since his release form the Bureau of Prisons, Mr. Boren has received disability due medical conditions of high blood pressure, and kidney disorder. Mr. Boren was hospitalized for COVID-19 on or about November 17, 2020 and died on December 5, 2020 of COVID-19 Pneumonia.

### II.

The probation officer recommends the following action for the Court to consider:

Mr. Boren's death has been confirmed by Department of State Health Services Vital Statistics, State File No. 142-20-229828, with a date of death listed as December 5, 2020. It is respectfully requested the Court close interest in this case, and the term of supervision be terminated as of December 5, 2020.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on January 12, 2021
Respectfully submitted,

Approved,

s/Waynette West
Supervising U.S. Probation Officer
Prepared by: Waynette West
U.S. Probation Technician
Phone:  817-505-1731

s/Adam Morton
Supervising U.S. Probation Officer
Arlington, Texas
Phone:  817-505-0998

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer and terminates Robert Boren's term of supervised release.

☐ Disagrees with the recommendation of the probation officer.

☐ Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Directs the probation officer to submit a request for a warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

Sam A. Lindsay
U.S. District Judge

January 13, 2021
Date

WW